IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mallett, Nicole L | Case Number: 07 B 05907 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/15/08 | Filed: 4/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,860.44 | |
| Secured: | | 2,924.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 727.77 |
| Trustee Fee: | | 208.46 |
| Other Funds: | | 0.00 |
| Totals: | 3,860.44 | 3,860.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 727.77 |
| 2. | American General Finance | Secured | 1,777.31 | 307.23 |
| 3. | Americredit Financial Ser Inc | Secured | 14,198.59 | 2,464.70 |
| 4. | Citizens Financial Services | Secured | 891.93 | 152.28 |
| 5. | Peoples Energy Corp | Unsecured | 94.01 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 28.02 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 221.76 | 0.00 |
| 8. | T Mobile USA | Unsecured | 31.76 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 7.88 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 7.41 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 20.79 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 70.78 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 181.57 | 0.00 |
| 14. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | Check N Go | Unsecured | | No Claim Filed |
| 17. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 18. | IQ Tel | Unsecured | | No Claim Filed |
| 19. | I C Systems Inc | Unsecured | | No Claim Filed |
| 20. | MCI | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| 23. | Professional Account Management | Unsecured | | No Claim Filed |
| 24. | Pay Day Loans | Unsecured | | No Claim Filed |
| 25. | Fast Cash | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Mallett, Nicole L | Case Number: 07 B 05907 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 4/3/07 |

| 26. | TCF Bank | Unsecured |  | No Claim Filed |
| 27. | Target Greatland | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,885.81 | $ 3,651.98 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 208.46 |
|  | _____ |
|  | $ 208.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____